UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANNI GOYETTE, | ) |
| | ) CASE NO.: 2:20-cv-08925-JGB-KS |
| Plaintiff, | ) |
| | ) |
| v. | ) ~~[PROPOSED]~~ ORDER |
| | ) AWARDING EAJA FEES AND COSTS |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND DOLLARS AND 00/100 ($3,000.00) and no costs subject to the terms of the Stipulation.

DATED: March 9, 2022

_____
HON. KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

-1-